Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  19−10729−MBK
                              Chapter:  13
                              Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Clifford Mister | Betty Mister |
| 234 Ardmore Avenue | 234 Ardmore Avenue |
| Toms River, NJ 08757 | Toms River, NJ 08757 |

Social Security No.:
  xxx−xx−8268                                                       xxx−xx−0085

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on June 12, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 12, 2019
JAN: wir

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Clifford Mister
Betty Mister
    Debtors

Case No. 19-10729-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jun 12, 2019
                        Form ID: 148      Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.
```
db/jdb         +Clifford Mister,    Betty Mister,    234 Ardmore Avenue,    Toms River, NJ 08757-5314
517965321      +Carrington Mortgage Servicing,    1600 S Douglass Road Ste 2,    Anaheim, CA 92806-5951
517965323       Deborah Speciality Physicians, MD,    Attn: 15823X,    PO Box 14000,    Belfast, ME 04915-4033
517965324       Gem Recovery Systems,    PO Box 85,    Emerson, NJ 07630-0085
517965326      +Toms River Medical Group,    81-1 Route 37 West,    Toms River, NJ 08755-6406
518124577      +Wilmington Savings Fund Society, FSB,,    as Trustee of Stanwich Mortgage Loan,
                 C/O Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2019 00:55:22     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2019 00:55:18     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517965319       E-mail/Text: billing@assa-nj.com Jun 13 2019 00:55:45      Atlantic Shore Surgical Associates,
                 478 Brick Blvd,    Brick, NJ 08723-6077
517965320      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 13 2019 00:55:48
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1873
518070443      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 13 2019 00:55:48
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
518044969      +EDI: AIS.COM Jun 13 2019 03:58:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
517965322      +EDI: RCSFNBMARIN.COM Jun 13 2019 03:58:00      Credit One Bank,    PO Box 98875,
                 Las Vegas, NV 89193-8875
518062103       EDI: RESURGENT.COM Jun 13 2019 03:58:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517998360      +EDI: DRIV.COM Jun 13 2019 03:58:00      SANTANDER CONSUMER USA,    P.O. Box 560284,
                 Dallas, TX 75356-0284
517965325       EDI: DRIV.COM Jun 13 2019 03:58:00      Santander Consumer USA,    PO Box 961245,
                 Fort Worth, TX 76161-0244
                                                                                               TOTAL: 10
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee
               of Stanwich Mortgage Loan Trust C eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              James J. Cerbone    on behalf of Joint Debtor Betty  Mister cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Debtor Clifford  Mister cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Jun 12, 2019
                              Form ID: 148             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 7