Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−10729−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Clifford Mister
234 Ardmore Avenue
Toms River, NJ 08757

Betty Mister
234 Ardmore Avenue
Toms River, NJ 08757

Social Security No.:
xxx−xx−8268

xxx−xx−0085

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          9/17/19
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 7, 2019
JAN: wir

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-10729-MBK
Clifford Mister
Betty Mister                                                            Chapter 13
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Aug 07, 2019
                              Form ID: 132             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
db/jdb         +Clifford Mister,    Betty Mister,    234 Ardmore Avenue,    Toms River, NJ 08757-5314
517965321      +Carrington Mortgage Servicing,    1600 S Douglass Road Ste 2,    Anaheim, CA 92806-5951
517965323       Deborah Speciality Physicians, MD,    Attn: 15823X,    PO Box 14000,   Belfast, ME 04915-4033
517965324       Gem Recovery Systems,    PO Box 85,   Emerson, NJ 07630-0085
517998360      +SANTANDER CONSUMER USA,    P.O. Box 560284,   Dallas, TX 75356-0284
517965325       Santander Consumer USA,    PO Box 961245,   Fort Worth, TX 76161-0244
517965326      +Toms River Medical Group,    81-1 Route 37 West,    Toms River, NJ 08755-6406
518124577      +Wilmington Savings Fund Society, FSB,,    as Trustee of Stanwich Mortgage Loan,
                 C/O Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2019 00:04:29     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2019 00:04:26      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517965319       E-mail/Text: billing@assa-nj.com Aug 08 2019 00:04:50     Atlantic Shore Surgical Associates,
                 478 Brick Blvd,    Brick, NJ 08723-6077
517965320      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 08 2019 00:04:51
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1873
518070443      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 08 2019 00:04:51
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
518044969      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 08 2019 00:07:38
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517965322      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 08 2019 00:06:47     Credit One Bank,
                 PO Box 98875,   Las Vegas, NV 89193-8875
518062103       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2019 00:06:09     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee
               of Stanwich Mortgage Loan Trust C eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              James J. Cerbone    on behalf of Joint Debtor Betty  Mister cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Debtor Clifford  Mister cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7