UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
HILL WALLACK LLP
Elizabeth K. Holdren, Esq.
21 Roszel Road; P.O. Box 5226
Princeton, New Jersey 08543-5226
(609) 924-0808
eholdren@hillwallack.com
Attorneys for Wilmington Savings Fund Society, FSB,
~~as Trustee of Stanwich Mortgage Loan Trust C,~~
through Carrington Mortgage Services, LLC, servicer
and attorney-in-fact

Order Filed on November 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Clifford Mister and Betty Mister,

Debtor.

| | |
|---|---|
| Case No.: | 19-10729 |
| Hearing Date: | November 13, 2019 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: November 13, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____ Hill Wallack LLP, attorneys for Wilmington Savings Fund
Society, FSB, as Trustee of Stanwich Mortgage Loan Trust C
through Carrington Mortgage Services, LLC, servicer and attorney-in-fact
under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as
hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume
and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to
pursue the movant's rights in the following:

☒ Real property more fully described as:

Land and Premises commonly known as 234 Ardmore Avenue, Borough of
South Toms River, New Jersey and also known as Block: 17.07, Lot: 10, as
shown on the Tax Map of the Borough of South Toms River, Ocean County and
State of New Jersey.

It is further ORDERED that the movant, its successors or assignees, may proceed with its
rights and remedies under the terms of the subject mortgage and pursue its state court remedies
including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing
other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or
deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or
purchaser's assignee) may take any legal action for enforcement of its right to possession of the
property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed
in this case as defendants in its action(s) irrespective of any conversion to any other chapter of
the Bankruptcy Code.

It is further ORDERED that all communications sent by Secured Creditor in connection with
proceeding against the Property, including, but not limited to, notices required by state law and
communications to offer and provide information with regard to a potential Forbearance Agreement,
Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent
directly to Debtors.

The movant shall serve this order on the debtors, any trustee and any other party who entered
an appearance on the motion.