JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34 BUILDING B,
SUITE 22 WALL, NJ 08736
 (732)-681-6800

Attorney for Debtor

**Order Filed on January 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**CLIFFORD & BETTY MISTER**　　　　　　　　CHAPTER 13 CASE NO.: 19-10729-MBK

DEBTOR　　　　　　　　**ORDER ALLOWING LOAN
MODIFICATION
WITH WILMINGTON SAVINGS FUND
SOCIETY**

_____

　　　The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: January 23, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:   Clifford & Betty Mister Case No: 19-10729 Caption of Order: **ORDER ALLOWING LOAN MODIFICATON WITH WILMINGTON SAVINGS FUND SOCIETY**

**THIS MATTER** being brought, before this Court by James J. Cerbone, P.C., attorney for Debtor, upon reading documents submitted and good cause being shown:

IT IS ORDERED that Debtor is allowed to enter into a permanent loan modification with Wilmington Savings Fund Society.

IT IS ORDERED that the Secured creditor shall amend any arrearage claim to the amount paid to date or withdraw the claim within thirty (30) days of completion of the loan modification,

IT IS FURTHER ORDERED that the Chapter 13 trustee shall suspend disbursements to secured creditor pending completion of loan modification and all money that would otherwise to paid to secured creditor, be held until the arrearage portion of the claim is either amended to reflect amount paid to date or claim is withdrawn or the Trustee is notified by the secured creditor that the modification was not consummated,

IT IS FURTHER ORDERED that in the event the modification is not consummated, the secured creditor shall notify the Trustee and debtor's counsel.   Any money that was held by the Trustee pending the completion of the modification shall then be paid to the secured creditor,

IT IS FURTHER ORDERED that in the event the Proof of Claim is amended to amount paid to date or withdrawn, the Trustee may disburse the funds being held pursuant to this order to

other creditors in accordance with the provisions of the confirmed plan.

IT IS FURTHER ORDERED that the Debtor shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

IT IS FURTHER ORDERED with respect to any post-petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney fees which are being capitalized into the loan, secured creditor will amend any and all post-petition orders or claims within 30 days of completion of the loan modification

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtor, any trustee and any other party who entered an appearance on this motion.