Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−10729−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Clifford Mister
234 Ardmore Avenue
Toms River, NJ 08757

Betty Mister
234 Ardmore Avenue
Toms River, NJ 08757

Social Security No.:
   xxx−xx−8268                                              xxx−xx−0085

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      7/12/23
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
James J. Cerbone, Debtor's Attorney

COMMISSION OR FEES
Fees: $2,687.50

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 15, 2023
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-10729-MBK
Clifford Mister  Chapter 13
Betty Mister
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Jun 15, 2023 | Form ID: 137 | Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Clifford Mister, Betty Mister, 234 Ardmore Avenue, Toms River, NJ 08757-5314 |
| 517965323 | | Deborah Speciality Physicians, MD, Attn: 15823X, PO Box 14000, Belfast, ME 04915-4033 |
| 517965324 | | Gem Recovery Systems, PO Box 85, Emerson, NJ 07630-0085 |
| 517965326 | + | Toms River Medical Group, 81-1 Route 37 West, Toms River, NJ 08755-6406 |
| 519863329 | + | UMB Bank, National Association, not in its indivi, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519863330 | + | UMB Bank, National Association, not in its indivi, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, UMB Bank, National Association, not in i Serviced by Select Portfolio Servicing, |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 15 2023 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 15 2023 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 15 2023 21:11:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, RAS CRANE, LLC, 10700 Abbotts Bridge Road, Suite 170, DULUTH, GA 30097-8461 |
| 517965319 | | Email/Text: billing@assa-nj.com | Jun 15 2023 21:13:00 | Atlantic Shore Surgical Associates, 478 Brick Blvd, Brick, NJ 08723-6077 |
| 517965320 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 15 2023 21:11:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Miami, FL 33146-1873 |
| 518070443 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 15 2023 21:11:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 518044969 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 15 2023 21:27:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517965321 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 15 2023 21:11:00 | Carrington Mortgage Servicing, 1600 S Douglass Road Ste 2, Anaheim, CA 92806-5948 |
| 518997707 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 15 2023 21:12:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518997706 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 15 2023 21:12:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 517965322 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 15 2023 21:15:35 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |

Case 19-10729-MBK    Doc 78    Filed 06/17/23    Entered 06/18/23 00:16:48    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 15, 2023 | Form ID: 137 | Total Noticed: 24 |

| | | | |
|---|---|---|---|
| 518062103 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2023 21:16:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519676093 | Email/Text: nsm_bk_notices@mrcooper.com | Jun 15 2023 21:12:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741 |
| 519676094 | Email/Text: nsm_bk_notices@mrcooper.com | Jun 15 2023 21:12:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept. |
| 517998360 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 15 2023 21:13:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 517965325 | Email/Text: enotifications@santanderconsumerusa.com | Jun 15 2023 21:13:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 518572090 | + Email/Text: bnc@bass-associates.com | Jun 15 2023 21:11:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 518124577 | + Email/Text: BKBCNMAIL@carringtonms.com | Jun 15 2023 21:11:00 | Wilmington Savings Fund Society, FSB,, as Trustee of Stanwich Mortgage Loan, C/O Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2023 at the address(es) listed below:

**Name**            **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Aleisha Candace Jennings
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ajennings@raslg.com

Aleisha Candace Jennings
    on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust II ajennings@raslg.com

Denise E. Carlon
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 15, 2023 | Form ID: 137 | Total Noticed: 24 |

Denise E. Carlon
    on behalf of Creditor Community Loan Servicing  LLC. f/k/a Bayview Loan servicing, LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth K. Holdren
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust C eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

James J. Cerbone
    on behalf of Joint Debtor Betty Mister cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com

James J. Cerbone
    on behalf of Debtor Clifford Mister cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com

Kevin Gordon McDonald
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11